IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENG LEE,

   Petitioner,      No. CIV S-06-2910 MCE EFB P

 vs.

BEN CURRY, et al.,

   Respondents.     ORDER

_____/

  Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

  Good cause appearing, it is ORDERED that respondents' June 12, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: June 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE