IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENG LEE,

        Petitioner,                No. CIV S-06-2910 MCE EFB P

    vs.

BEN CURRY, et al.,

        Respondents.        ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 23, 2007, petitioner requested an extension of time to file his reply to respondent's answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 23, 2007, request is granted and petitioner has until August 30, 2007, to file and serve his reply.

Dated:   July 26, 2007.

                                                    EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE